# Court of Appeals
# of the State of Georgia

ATLANTA,  January 20, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1039. SMITH v. VELOCITY INVESTMENTS, LLC.**

This appeal was docketed on December 23, 2025, making the appellant's brief due on January 12, 2026. See Court of Appeals Rule 23(a). Because the appellant has failed to file a brief or a timely motion for an extension of time, the appeal is hereby DISMISSED. See id.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  01/20/2026*
         *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
         *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*